# Exhibit D



## Executive Liability & Indemnification Coverage
## Policy Number 8181-1088

Parent Organization: Le*Nature's, Inc. and Global Beverage Systems, Inc.

The undersigned declares that to the best of his or her knowledge and belief that within the scope of the proposed insurance, with respect to the limits of $2,500,000 excess of $5,000,000:

> **It is important that you fill in the blank in this paragraph.** No person proposed for coverage is aware of any facts or circumstances which he or she has reason to suppose might give rise to a future claim that would fall within the scope of the proposed coverage, except: (If no exceptions, Please state "No Exceptions")

NO EXCEPTIONS

It is agreed that if such facts or circumstances exist, whether or not disclosed, any claim arising from them is excluded from this proposed coverage.

Date __July 12, 2005_____      Signed _____
                                Chairman of the Board & Chief Executive Officer