# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Ilan D. Scharf	November 9, 2007	ischarf@pszyjw.com
(212) 561-7721

The Honorable M. Bruce McCullough
United States Bankruptcy Judge
United States Bankruptcy Court
5454 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Re:	*Federal Insurance Company v. Le-Nature's, Inc., et al*
Adv. Pro. No. 07.02138 (MBM)

Dear Judge McCullough:

The parties in the above-referenced adversary proceeding are conducting document discovery, Federal Insurance Company ("Federal") has produced documents to the Trustee and the Trustee continues to provide additional documents to Federal as they become available. As such, the parties have agreed to continue the status conference currently scheduled for November 13, 2007. The parties have agreed to continue the status conference until December 11, 2007.

Respectfully,

Ilan D. Scharf

IDS:mjv

Cc: Charles Lemley, Esq. (via email)

DOCS_NY:13902.1