# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re LE-NATURE'S, INC., et al.,<br>    *Debtors* | Bankruptcy No. 06-25454 (MBM)<br>Chapter 11<br>Jointly Administered |
| Federal Insurance Company,<br>    *Plaintiff* | Chief Judge M. Bruce McCullough |
| v. | Adversary Proc. No. 07-02138 (MBM) |
| Le-Nature's, Inc., Debtor; R. Todd Nielsen as Chapter 11 Trustee for Le-Nature's, Inc.; and Gregory Podlucky,<br>    *Defendants* | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Federal Insurance Company's ("Federal") Motion to Compel Responses to Discovery Requests and to Deem Requests for Admissions to Be Admitted, it is hereby ORDERED, ADJUDGED, and DECREED THAT:

1. The Motion is GRANTED;

2. Gregory Podlucky ("Podlucky") is ordered by the Court to respond to Federal's First Set of Document Requests and First Set of Interrogatories to Podlucky within ten (10) days of this Order;

3. Any objections Podlucky might have asserted to such discovery requests are waived based on his failure to timely respond to the requests; and

4. Federal's First Set of Requests for Admissions to Podlucky are deemed admitted as to Podlucky for all purposes in this Adversary Proceeding.

_____
UNITED STATES BANKRUPTCY JUDGE